1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Michael Marchand (SBN 281080)
   mmarchand@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
5  Facsimile: (310) 546-7401

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Coach Services, Inc.*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 COACH, INC., a Maryland               ) CASE NO. 13-04675-PA-JCx
   Corporation; COACH SERVICES,          )
12 INC., a Maryland Corporation,         )
                                         ) **REQUEST FOR ENTRY OF DEFAULT**
13                      Plaintiffs,      ) **AGAINST DEFENDANT BLING**
              vs.                        ) **BLING CELL AND MUHAMMED**
14                                       ) **FAROOQ; DECLARATION OF**
   BLING BLING CELL, an unknown          ) **MICHAEL MARCHAND**
15 business entity; MUHAMMED             )
   FAROOQ, an individual and DOES 1-     )
16 10, inclusive,                        )
                                         )
17                      Defendants       )

18 _____

19

20

21

22

23

24

25

26

27

28

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs Coach, Inc. and Coach Services, Inc. hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants Bling Bling Cell and Muhammed Farooq on the grounds that Defendants failed to appear or otherwise respond to Plaintiffs' First Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

On August 13, 2013, Plaintiffs filed a First Amended Complaint in the instant matter. Defendants Bling Bling Cell and Muhammed Farooq were served with the First Amended Complaint by personal service on September 2, 2013. [See Docket #15-16]

To date, Defendants have not filed an answer or other objection as required by the Federal Rules of Civil Procedure. Accordingly, default must be entered against Defendants.

Dated: October 14, 2013 BLAKELY LAW GROUP

By: /s/ Michael Marchand
Brent H. Blakely
Michael Marchand
***Attorneys for Plaintiffs***
***Coach, Inc. and Coach Services, Inc.***

# DECLARATION OF MICHAEL MARCHAND

I, MICHAEL MARCHAND, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the BLAKELY LAW GROUP, attorneys for Plaintiffs Coach, Inc. and Coach Services, Inc., in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to FRCP 55(a) in support of Plaintiffs' Request for entry of default against Defendants Bling Bling Cell and Muhammed Farooq.

3. This action was commenced on June 27, 2013 by the filing of the Summons and Complaint. On August 13, 2013, a First Amended Complaint was filed in the instant matter.

4. Defendants Bling Bling Cell and Muhammed Farooq were served with the First Amended Complaint by personal service on September 2, 2013. [See Docket #15-16]

5. Defendants have not filed an Answer or other responsive pleading to the Summons and Complaint as required by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michael Marchand
Michael Marchand
Manhattan Beach, California
October 14, 2013