# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-4675 PA (JCx) | Date | May 19, 2014 |
|---|---|---|---|
| Title | Coach Inc., et al. v. Bling Bling Cell, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On May 14, 2014, the plaintiff filed requests for entry of default by clerk. Default by clerk was entered on May 16, 2014. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before June 2, 2014. Failure to file said dispositive motion by June 2, 2014, will result in dismissal without further notice by the Court.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer